NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

THOMAS AMRHEIN, DOC #139803,　　　)
　　　　　　　　　　　　　　　　　)
　　　　　Appellant,　　　　　　　)
　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)　　Case No. 2D17-3328
STATE OF FLORIDA,　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　Appellee.　　　　　　　　)
_____)

Opinion filed April 11, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County, Frank Quesada, Judge.

Thomas Amrhein, pro se.

PER CURIAM.

　　　　　　　Affirmed.

NORTHCUTT, KELLY, and SLEET, JJ., Concur.